IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH,         ) | |
|                         ) | |
|     Plaintiff,          ) | |
|                         ) | CIVIL ACTION NO. |
|     v.                  ) | 2:24cv708-MHT |
|                         ) | (WO) |
| CITY OF MONTGOMERY,     ) | |
| ALABAMA,                ) | |
|                         ) | |
|     Defendant.          ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(2) This lawsuit is dismissed, without leave to amend, for failure to state a claim. The state-law claims are dismissed without prejudice to refiling them in a state court. The Title VII claims are dismissed

with prejudice.  All other claims are dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of June, 2025.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**